UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 11-CV-62066-COHN/WHITE

# The attached hand-written document
# has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: **11-CV-62066-COHN/WHITE**

```
FILED by ___ D.C.

SEP 19 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI
```

*PAULIUS TELAMY*

*PRO SE.*

PROVIDED TO A
OKEECHOBEE CORRECTIONAL
INSTITUTION
ON 9/12/11 03
FOR MAILING

(Enter above the full name of the plaintiff or plaintiffs in
this action.)

v.

*ARMOR CORRECTIONAL HEALTH SERVICE,*
*VERONICA EDWARDS. LPN/NBB*
*ORA J. WATSON.LPN/NBB*
*MARK O. MARTINDALE. D.D.S.*

(Enter above the full name of the defendant or defendants
in this action.)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

cat/div **1983/550/WPB**
Case # _____
Judge _____ Mag _____
Motn Ifp **Yes** Fee pd $ **No**
Receipt # _____

Page 1 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.      Previous Lawsuits

A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                                          Yes     (   )      No   ( ✓ )

B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.      Parties to this previous lawsuit

        Plaintiffs: _PAULIUS TELAMY_____

        _____

        Defendants: _____

        _____

2.      Court (if federal court, name the district; if state court, name the county): _____

        _____

3.      Case Number: _____

4.      Name of Judge to whom case was assigned: _____

        _____

5.      Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

        _____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.   Place of present confinement: *Okeechobee Correctional Institution 3420 N.E. 168 Street. Okeechobee, Florida. 34972*

   A.   Is there a prisoner grievance procedure in this institution?

   Yes ( ✓ )   No ( )

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( ✓ )   No ( )

   C.   If your answer is YES:

      1.   What steps did you take? *Requesting for medical attention after being denied medication that was prescribed By the doctor upon the completing of an oral surgery.*

      2.   What was the result? *The Plaintiff was seened on 3/31/10 by Dr. Mark O. Martindale who performed a second surgery on the Plaintiff because of an infection in which the Plaintiff caught due til lack of medication.*

   D.   If your answer is NO, explain why not: _____

_____

_____

III.   Parties

   (In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of plaintiff: *PAULIUS TELAMY. Pro se. DC# 0-L58906*

   Address: *Okeechobee Correctional Institution. 3420 N.E. 168th Street. Okeechobee, Florida 34972*

   In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

   B.   Defendant *ARMOR CORRECTIONAL HEALTH SERVICES. INC.*

   is employed as *Contractors with the Dental and Medical Dept.*

   at *Broward County Main Jail Facility. 555 S.E. 1st Avenue. Fort Lauderdale, Fl. 33301.*

Page 3 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C.  Additional Defendants: *VERONICA EDWARDS. LPN/NBB.*
*DRA J. WATSON. L.P.N. . . . MARK O. MARTINDALE. D.D.S.*
*Broward County Jail. North Broward Bureau.*
*1550 N.W. 30 Avenue. Pompano Beach. Fl. 33069.*

IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

On March 2, 2010 while in the Custody of the Broward County Sheriff. The Plaintiff was housed in North Broward Bureau as a pretrial detainee. While in North Broward Bureau there. on this above mention date. the Plaintiff develops pain in his upper Jaw area on the left side of his Face. Upon the receiving of this pain in which was caused because of a toothache. the Plaintiff submitted an Armor Correctional Health Inc. Sick Call Request, requesting medical attention due til the pain in which he have been suffering the last few days. The Plaintiff was seened by Dr. Martindale on 3-11-2010. during this examination, it was determine that oral surgery was needed to remove the tooth in the upper left side of the Plaintiff mouth. So the Plaintiff was prescribed medication for seven (7) days by Dr. Martindale while awaiting the surgery date. which was to take place on the date of March 18, 2010 Now while awaiting. the Plaintiff was refused medication by Nurse Veronica Edward. L.P.N. doing medication round on the date of March 18-19, 2010, after the surgery.

*Attach with additional Page next*

On March 19.2010 the next day during medication round the Plaintiff asked Nurse Ora J. Watson about his medication that was prescribed to him by Dr. Martindale.

Nurse Ora J. Watson, denied the Plaintiff medication as order by Dr. Martindale for the purpose of preventing pain and infection to the Plaintiff tooth area, after the extracting of the afore said tooth was at.

On March 21. 2010. Plaintiff submitted another sick-call to Medical requesting pain medication... Plaintiff was informed to give his Gum area a chance to heal.

On March 25. 2010. Plaintiff again requested Dental Attention concerning the pain in his toothing area... Plaintiff was in greater pain then before.

On March 31. 2010 Plaintiff no longer can stand the pain anymore. So the Plaintiff called his FianCEE about his being denied adequate Medical treatment concerning his Dental issue... his FianCEE called a lawyer and the lawyer call the Medical and Dental Department in regards of the Plaintiff being denied treatment, that same day. the Plaintiff was called to Dental and was seened once again by Dr. Martindale. upon being examine by Dr. Martindale, this time... it was determine that the Plaintiff has gotten an infection in the Gum area of his mouth in the upper left side where the tooth was extracted from doing the first oral surgery which was done by Dr. Martindale.

So a second oral surgery was preformed due to the infection in which the Plaintiff received because of luck of treatment and failure to provide the Plaintiff with the medication prescribed medically by Dr. Martindale to prevent such thing from happening. Dr. Martindale failed to response to Plaintiff dental needs in a timely fashion. Causing the Plaintiff to suffer unwanton pain.

Due to the lack of medical and Dental attention. the Plaintiff suffer nerve damage to the left side of his face that affected his hearing and arm area.

These individuals are employee's of Armor Correctional Health Service that provide Medical and Dental Service to pretrial detainee's in County Jail by a contractual agreement to treat inmates thats housing in the Broward County Jail Main Facility. and the inmate housed in North Broward Bureau. Armor Correctional Health Service INC. under contract with the Broward County Jail to provide Medical and Dental cure to inmates. these defendant's acted under color of State Law. in violation of the United State Constitution 8 Amendment

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.   Relief

State briefly exactly what you want the court to do so for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff request this Honorable Court to award him Compensatory damage for the Physical and emotional injury caused by the Defendants for failure to provide adequate medical and Dental Care to Plaintiff serious need Causing nerve damage that has affected the Plaintiff hearing and arming area. Plaintiff move this Honorable Court to grant any further equitable relief thats protected under the United State Constitution of the Eight Amendment.. As well as the Fourteen Amendment... Plaintiff demand a Jury trial.

Signed this _12_ day of _____ , 20 _11_ .

Paulius Telamy pro se.
D.C. #L58906

_____
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on _9-12-11_

Paulius Telamy
_____
(Signature of plaintiff)

Page 5 of 5

EXHIBIT "A"

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          08/11/11
IBSR176 (90)          INITIAL PAYMENT FOR FILE FEE             11:59:45
                          FOR: 02/11/2011                      PAGE   1


DC # : L58906   INMT NAME : TELAMY, PAULIUS        CURR BAL : $        0.03
HOLDS : $     0.00 LIENS : $     0.00           SPENDABLE : $          0.00


  DATE RANGE          MONTHLY AVERAGE DEPOSITS   MONTHLY AVERAGE BALANCES
08/15 - 09/13               $       0.00              $       22.59
09/14 - 10/13               $       0.00              $        1.70
10/14 - 11/12               $       0.00              $        0.11
11/13 - 12/12               $       0.00              $        0.00
12/13 - 01/11               $      40.00              $        3.96
01/12 - 02/10               $       0.00              $        0.00


AVERAGE OVER 6 MONTHS      DEPOSITS : $    6.67
                          BALANCES : $    4.73


CALCULATED INITIAL PAYMENT : $     1.33
```

```
                          FLORIDA DEPARTMENT OF CORRECTIONS              08/11/11
IBSR140 (74)                  TRUST FUND ACCOUNT STATEMENT               11:59:32
                          FACILITY: 404 - OKEECHOBEE C.I.               PAGE    1
                          FOR: 02/11/2011 - 08/11/2011
```

ACCT NAME: TELAMY, PAULIUS            ACCT#: L58906
      BED: D2214L                     TYPE: INMATE TRUST
   PO BOX:

                                                     BEGINNING BALANCE 02/11/11        $0.00

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/22/11 | 123 | LEGAL POSTAGE W | 20110215 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/22/2011 | 20110215 | | | | |
| 02/22/11 | 125 | LEGAL POSTAGE W | 20110217 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 02/22/2011 | 20110217 | | | | |
| 03/06/11 | 391 | JPAY DEPOSIT | 12411411 | 000 | DAVIS, FELECIA Y. | + | $30.00 | $30.00 |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $5.00 | $25.00 |
| | | MEDICAL CO-PAY | - 01/19/2011 | 0112111325SC | | | | |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $0.30 | $24.70 |
| | | LEGAL POSTAGE L | - 01/13/2011 | 1.7.11 | | | | |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $0.44 | $24.26 |
| | | LEGAL POSTAGE L | - 01/19/2011 | 010411 | | | | |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $0.44 | $23.82 |
| | | LEGAL POSTAGE L | - 01/19/2011 | 010411A | | | | |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $0.61 | $23.21 |
| | | LEGAL POSTAGE L | - 02/22/2011 | 20110215 | | | | |
| 03/07/11 | 392 | LIEN PAYMENT | 030711391050 | 000 | | - | $0.44 | $22.77 |
| | | LEGAL POSTAGE L | - 02/22/2011 | 20110217 | | | | |
| 03/13/11 | 099 | CANTEEN SALES | 40420110312 | 000 | | - | $2.50 | $20.27 |
| 03/14/11 | 125 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.03 | $20.24 |
| 03/16/11 | 091 | CANTEEN SALES | 40420110315 | 000 | | - | $1.57 | $18.67 |
| 03/18/11 | 093 | CANTEEN SALES | 40420110317 | 000 | | - | $10.55 | $8.12 |
| 03/21/11 | 022 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.12 | $8.00 |
| 03/24/11 | 093 | CANTEEN SALES | 40420110323 | 000 | | - | $5.01 | $2.99 |
| 03/28/11 | 128 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.05 | $2.94 |
| 04/30/11 | 091 | CANTEEN SALES | 40420110429 | 000 | | - | $2.91 | $0.03 |
| 05/02/11 | 124 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.03 | $0.00 |
| 05/09/11 | 181 | LEGAL POSTAGE W | 5.6.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/09/2011 | 5.6.11 | | | | |
| 05/16/11 | 185 | LEGAL POSTAGE W | 5.12.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/16/2011 | 5.12.11 | | | | |
| 05/17/11 | 125 | LEGAL COPIES WD | 40420111704 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/17/2011 | 40420111704 | | | | |
| 05/23/11 | 169 | LEGAL POSTAGE W | 5.17.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/23/2011 | 5.17.11 | | | | |
| 05/23/11 | 169 | LEGAL POSTAGE W | 5.18.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 05/23/2011 | 5.18.11 | | | | |
| 06/01/11 | 221 | LEGAL POSTAGE W | 5.26.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/01/2011 | 5.26.11 | | | | |
| 06/11/11 | 182 | LEGAL POSTAGE W | 6.1.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/06/2011 | 6.1.11 | | | | |
| 06/14/11 | 143 | LEGAL POSTAGE W | 6.6.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/14/2011 | 6.6.11 | | | | |

```
                              FLORIDA DEPARTMENT OF CORRECTIONS                  08/11/11
IBSR140 (74)                     TRUST FUND ACCOUNT STATEMENT                    11:59:32
                              FACILITY: 404 - OKEECHOBEE C.I.                    PAGE   2
                                 FOR: 02/11/2011 - 08/11/2011
```

ACCT NAME: TELAMY, PAULIUS              ACCT#: L58906
    BED: D2214L                          TYPE: INMATE TRUST
    PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/21/11 | 136 | LEGAL POSTAGE W | 6.15.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 06/21/2011 | 6.15.11 | | | | |
| 07/06/11 | 211 | LEGAL POSTAGE W | 7.1.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 07/06/2011 | 7.1.11 | | | | |
| 07/19/11 | 154 | LEGAL POSTAGE W | 7.15.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 07/19/2011 | 7.15.11 | | | | |
| 07/19/11 | 154 | LEGAL POSTAGE W | A7.15.11 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 07/19/2011 | A7.15.11 | | | | |
| 07/20/11 | 133 | DEST. OF PROPER | 404110931 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 07/20/2011 | 404110931 | | | | |
| 07/28/11 | 261 | JPAY DEPOSIT | 14334919 | 000 | DAVIS, FELECIA Y. | + | $30.00 | $30.00 |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $7.95 | $22.05 |
| | | LEGAL COPIES LI | - 05/17/2011 | 40420111704 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $21.61 |
| | | LEGAL POSTAGE L | - 05/09/2011 | 5.6.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.88 | $20.73 |
| | | LEGAL POSTAGE L | - 05/16/2011 | 5.12.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $20.29 |
| | | LEGAL POSTAGE L | - 05/23/2011 | 5.18.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.88 | $19.41 |
| | | LEGAL POSTAGE L | - 05/23/2011 | 5.17.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $18.97 |
| | | LEGAL POSTAGE L | - 06/01/2011 | 5.26.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.64 | $18.33 |
| | | LEGAL POSTAGE L | - 06/06/2011 | 6.1.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $17.89 |
| | | LEGAL POSTAGE L | - 06/14/2011 | 6.6.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $17.45 |
| | | LEGAL POSTAGE L | - 06/21/2011 | 6.15.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $17.01 |
| | | LEGAL POSTAGE L | - 07/06/2011 | 7.1.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $16.57 |
| | | LEGAL POSTAGE L | - 07/19/2011 | A7.15.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $0.44 | $16.13 |
| | | LEGAL POSTAGE L | - 07/19/2011 | 7.15.11 | | | | |
| 07/29/11 | 262 | LIEN PAYMENT | 072911261161 | 000 | | - | $1.80 | $14.33 |
| | | DEST. OF PROPER | - 07/20/2011 | 404110931 | | | | |
| 07/31/11 | 087 | CANTEEN SALES | 40420110730 | 000 | | - | $11.17 | $3.16 |
| 08/01/11 | 119 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.11 | $3.05 |
| 08/03/11 | 087 | CANTEEN SALES | 40420110802 | 000 | | - | $1.06 | $1.99 |
| 08/07/11 | 089 | CANTEEN SALES | 40420110806 | 000 | | - | $1.93 | $0.06 |
| 08/08/11 | 119 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.03 | $0.03 |

```
                                            ENDING BALANCE 08/11/11        $0.03
```

FROM: TELAMY. PAULIUS D.C.#
L-58906.
OKeechobee correctional INSt.
3420 N.E. 168th street
Okeechobee FL. 34972

EXHIBIT "B"

To: Armor Correctional Health Services INC.
Broward County Main Jail Facility
555 S.E. 1ᵀᴴ Avenue.
Fort Lauderdale, Fl. 33301.

REC'D by _____ D.C.

MAY 16 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

PROVIDED by
OKEECHOBEE CORRECTIONAL
INSTITUTION
ON ___5/12/11___
FOR MAILING

## Notice of Intent to Suit

Pursuant to Fla. Statutes 768.28. you are being notified that the Plaintiff Paulius Telamy. intent to File Claim action for money damage against Armor Correctional Health Service employee's under the Civil Right Act. 42 U.S.L. 1983. State as follow:

The Plaintiff address is:
Okeechobee Correctional Institution
3420 N.E. 168 Street.
Okeechobee. Fl. 34972.

Paulius Telamy

Plaintiff was a pretrial detiance housed in North Broward Bureau Jail Facility. While housing there the Plaintiff suffered a toothache in the left upper part of his jaw area. So the Plaintiff submitted a Sick Call request for care. The Plaintiff was seended by Dr. Martindale. During this examination by Dr. Mark D. Martindale. Dr. Martindale. extracted Mr. Telamy. tooth and prescribed to Mr. Telamy. medication for pain and some antibotic to prevent infection to the open wound in his mouth. Upon requesting this medication? Nurse Veronica Edwards. denied Mr. Telamy. So the next morning during medication round. Mr. Telamy. asked Nurse Ora J. Watson. for his medication. Once again Mr. Telamy. was denied.

Mr. Telamy was in pain for (2) day and totally denied Medical by Nurse Edward and Nurse Watson. whom failed to give Mr. Telamy the Medication that was prescribed to him by Dr. Mark O. Martindale. D.D.S.

this failure by Nurse Edward and Nurse Watson. to give the inmate Mr. Telamy the medication caused the Gum infection and a second surgery was needed. Because of the infection and pain. the inmate Mr. Telamy. submitted another Sick Call request on March 21. 2010. nothing did. . . On March 25. 2010. Mr. Telamy. submitted another Sick Call request complainting of pain. . . nothing did.

On March 31. 2010. Mr. Telamy. called an Attorney, and his Fiancee concerning him being denied medical attention. So the lawyer called Armor Correctional Health service, and later that day Mr. Telamy, was called to Dental and seened By Dr. Martindale. D.D.S. who discovered that the reason for Mr. Telamy. pain was due to an infection because of lack of medication. So a second surgery was needed. . . this surgery by Dr. which was to remove certain tissues in the infected area of the Gum section.

this act has caused Mr. Telamy. nerve damage that has effected the left side of his hearing and arm part. Dr. Martindale, is an (agent) or an employee with Armor Correctional Health Service to provide Dental Care to inmate in Broward County Jail.

Nurse Veronica Edwards and Nurse Dra J. Watson, are assigned to the Medical Department which was runned by Armor Correctional Health Service Inc. during the violation of Mr. Telamy. Constitutional Right under the United State Constitution 8 and 14 Amendment.

I HERE BY CERTIFY. under penalties of perjury pursuant to Flu Statute 92.525 Notice of Intent and Facts are true and Correct on this 13 day of May 2011.

signature: Paulius Telamy

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY. that a true and correct copy of this Notice of Intent has been forward to each of the named Defendants. All employee's of Armor Correctional Health Services. Ms. Veronica Edwards, and Nurse Dra J. Watson, of the medical Department and Dr. Mark O. Martindale of the Dental Department at North Broward Bureau County Jail 1550 N.W. 30 Avenue. Pompano Beach. Fl. 33069. for mailing Via U.S. Mail on this 13 day of may 2011.

Paulius Telamy

Paulius Telamy L-53906
Okeechobee Correctional Inst.
3420 N.E. 168 Street.
Okeechobee. Fl. 34972

EXHIBIT "C"

*the white sheet*



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

Telamy Paulius _____ 560801448 _____ 11-D-4-6 _____ North Broward _____ 03-25-10
Inmate's Name _____ Arrest# _____ Cell _____ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

This Grievance is for medical assistants. on 3-18-10. I was went to the clinic to surgery for my tooth pull. And later in the day, I was supposed to take my medicine for my pain (d) and for infection, by the nurses in my unit. But when I went to take my medicine the nurses tell me that she do not have anything for me, and I stay with pain all day and all night. In the next day I went again to take my medicine she say the same things. so I was wait for two (2) days before the nurses give me something for my surgery, and my pain. So now my tooths sore and swoll with infection. and I was put a sick call request I did not have any answere.

Staff's response: I am in pain. And my tooths still bleeding.
_____

Sergeant's response: Forward To Armor. Bu 3-59
_____

Telamy Paulius
Inmate's Signature _____ Date Signed

**WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.**

## PART B - RESPONSE

_____
_____
_____
_____

Supervisor's Signature/CCN _____ Date Signed

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I wish to appeal the response_____
Inmate's Signature _____ Date Signed

## FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

_____
_____
_____

Facility Administrator's Signature _____ Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

11583

*Please I need my copy this Grievance
the white shoot*

3g

**DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
INMATE GRIEVANCE FORM**

RECEIVED
APR - 6 2010
North Broward

*Pride in Service with Integrity*

**TO BE COMPLETED BY INMATE**

Telamy Paulius          560801448          11-D-4-6       North Broward      02-25-10
Inmate's Name          Arrest#              Cell            Facility            Date

**PART A - INMATE'S GRIEVANCE**

This Grievance is for medical assistants. on 3-18-10. I was went to the clinic to
surgery for my tooth pull. And later in the day. I was supposed to take my medicine for
my pain (2) and for infection, by the nurses in my unit. But when I went to take my
medicine the nurses tell me that she do not have anything for me, and I stay with
pain all day and all night. In the next day I went again to take my medicine she
say the samething. So I was wait for two (2) days before the nurses give me
something for my surgery, and my pain. So now my tooth is sore and swoll with
infection. and I was put a sick call request I did not have any answere.

Staff's response: I am in pain. And my tooths still bleeding.

Sergeant's response: Forward To Armee. BWJ-89

Telamy Paulius. My question is why the nurse was refuse me, my
Inmate's Signature                                          Date Signed
medicine on 18 of march 2010. And on 19 of march 2010.

**WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.**
Cause me infection and cause me a second surgery.

**PART B - RESPONSE**

You were seen 3/31/10 for your concerns. Dry socket
paste was applied. You were given patient teaching
for your extraction into your medication was

_____                                    4/8/10
Supervisor's Signature/CCN                             Date Signed
given as ordered for both cycles for both
medications except for the am dose 3/25/10

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response Telamy Paulius                    04-12-10
                              Inmate's Signature              Date Signed
The answered is not match. Thank you

**FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL**

_____

_____

_____

Facility Administrator's Signature                     Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Telamy Paulius

(Inmate Name)
(Nombre) (Non)

560801448

(ID #)

06-014-71

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

11-D-14-6

( Localidad)
(Lojman)
(Housing Unit/Cell#)

3-2-10

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

I request For my tooths Pain, every day, I am in Pain, so I want they do somthinG For me, to helP me. and also the abcess don't Go no where. Thank you

---

**DATE/TIME RECEIVED:** 3/2/10 - 1710   **NURSE SIGNATURE:** ___ VERONICA EDWARDS LPN/NBB

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____       ☐ Refer to Nurse Sick Call: _____

☑ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp ____ Pulse ____ Resp ____ BP ____ Wt ____

☐ Other

_____ Referred to Dentist _____

---

**TRIAGE DATE/TIME:** 3/2/10 /10P   **NURSE SIGNATURE:** ___ VERONICA EDWARDS LPN/NBB

PT-005            (White Copy – Inmate Medical File   Yellow Copy – Inmate)            Revised 09/20/07

201

# Armor Correctional Health Services, Inc.

## INTERNAL CLINIC REFERRAL FORM

2-11-10

Date: 3/2/10

Referral to: (Check one)

☐ Medical      ☐ Case Management      ☐ Other: _____

☐ Behavioral Health      ☐ HIV Testing

☑ Dental      ☐ Medication non-compliance counseling

### PRIORITY: (Check one)

☐ Urgent (ASAP): Nature of Problem:

_____

_____

☑ Routine: Nature of Problem:

4o dusly dental pain and states absces

is forming

Chronic Care Clinic: (Check all that apply)

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)

☐ Endocrine (Diabetes, Thyroid, etc.)

☐ Gastrointestinal (Hepatitis, Cirrhosis, etc.)

☐ Immunity (HIV)

☐ Miscellaneous (Glaucoma, Sickle Cell, etc.)

☐ Neurology (Epilepsy, Seizure Disorder, etc.)

☐ Oncology (Cancer, Leukemia, etc.)

☐ Pulmonary (Asthma, COPD, etc.)

☐ Renal (Dialysis, Kidney Disease, etc.)

☐ Tuberculosis (+PPD, TB Disease)

VERONICA EDWARDS
LPN/NBB

SIGNATURE: _____

PRINT NAME AND TITLE: _____

| PATIENT NAME: | NO: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| Telamy Pauline | 560801448 | 6/4/71 | M | NBB - 1104 |

Armor: PT-019 (Rev. 10/2007)      WHITE COPY – CHART; YELLOW COPY – PER FACILITIES PROCEDURES

208

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Telamy Paulius                                        560801448
(Inmate Name)
(Nombre) (Non)                                        (ID #)

06-04-71                    11-D-4-6
(Date of Birth)             ( Localida)               (Fecha)
(Fecha de Nacimiento)       (Lojman)                  (Dat)
(Dat Nesans Prizonye a)     (Housing Unit/Cell#)      (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

I request (th) that, to be seen by the dentist
aG-ain because they make a surGery in my tooth
on 03/18/10. And the same area still hurting me five times more
than before the surGery. I can't sleep and I can't este
because of the Pain and infection in my G-ums.
Please I would asked to help me with this Problem, s.o.P.

**DATE/TIME RECEIVED:** 3-21-10 10:30   **NURSE SIGNATURE:** V. Demarest

**TRIAGE DECISION BY NURSING STAFF (Only check <u>ONE</u> box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____      ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt 149 lbs

☐ Other

_____

_____

**TRIAGE DATE/TIME:**              **NURSE SIGNATURE:**

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Telamy Paulius                                    560801448
(Inmate Name)                                     (ID #)
(Nombre) (Non)

03-26-10          11-D-4-6                         03-25-10
(Date of Birth)    ( Localida)                     (Fecha)
(Fecha de Nacimiento) (Lojman)                     (Dat)
(Dat Nesans Prizonye a) (Housing Unit/Cell#)       (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

I would like to Know when I can see
the Doctor, For the surGery they make in my
tooths and I still in Pain. Also my Gums swoll,
my Face swoll, and my eyos infect now because
oF this. Please I want you to help me about
that situation. Because my Gums still sore.

**DATE/TIME RECEIVED:** 3/26/10   **NURSE SIGNATURE:** M Smith

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____           ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____     ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt 145

☐ Other

**TRIAGE DATE/TIME;** _____   **NURSE SIGNATURE:** _____

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07

# Armor Correctional Health Services, Inc.

## INTERNAL CLINIC REFERRAL FORM

*Already*
*per dentist*
*3-31-10*

Date: **3/26/10**

Referral to: (Check one)

☐ Medical      ☐ Case Management      ☐ Other: _____

☐ Behavioral Health      ☐ HIV Testing

☑ Dental      ☐ Medication non-compliance counseling

### PRIORITY: (Check one)

☑ Urgent (ASAP): Nature of Problem: *Swollen Gums + Pain*

☐ Routine: Nature of Problem: _____

Chronic Care Clinic: (Check all that apply)

     ☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)

     ☐ Endocrine (Diabetes, Thyroid, etc.)

     ☐ Gastrointestinal (Hepatitis, Cirrhosis, etc.)

     ☐ Immunity (HIV)

     ☐ Miscellaneous (Glaucoma, Sickle Cell, etc.)

     ☐ Neurology (Epilepsy, Seizure Disorder, etc.)

     ☐ Oncology (Cancer, Leukemia, etc.)

     ☐ Pulmonary (Asthma, COPD, etc.)

     ☐ Renal (Dialysis, Kidney Disease, etc.)

     ☐ Tuberculosis (+PPD, TB Disease)

SIGNATURE: _____

PRINT NAME AND TITLE: *MARIE Santil*

| PATIENT NAME: | NO: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| TElAmy PAulius | 560801448 | | M | N BB |

Armor: PT-019   (Rev. 10/2007)      WHITE COPY – CHART;  YELLOW COPY – PER FACILITIES PROCEDURES

207

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Telamy Paulius

(Inmate Name)
(Nombre) (Non)

560801448

(ID #)

06-04-71

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

11-D-4-6

( Localidad)
(Lojman)
(Housing Unit/Cell#)

4-4-2010

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

This request Just to let you know my stitch open and my Gums ozing out. my face still swoll and all my Gums still swoll. Now I feel infection moving to my sinus, and my ear in pain. Thank you

DATE/TIME RECEIVED: 4-4-10   0940   NURSE SIGNATURE: E Cruces

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Referral to HCP: _____

☒ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

☐ Refer to Behavioral Health:_____

☐ Refer to Nurse Sick Call:_____

TRIAGE DATE/TIME: 4-4-10  0940   NURSE SIGNATURE: E Cruz RN

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_Telamy Paulius_

(Inmate Name)
(Nombre) (Non)

_06-04-71_

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

( Localidad)
(Lojman)
(Housing Unit/Cell#)

_560801448_

(ID #)

_04-09-10_

(Fecha)
(Dat)
(Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

_I request that to let you Know my Gums still ozing out. Why they stop my medicine. Please I want my medicine back. before anything happened to me again. and I still in Pain. Thank you_

**DATE/TIME RECEIVED:** _4/9/10 0200_   **NURSE SIGNATURE:**

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Referral to HCP: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

☐ Refer to Behavioral Health:_____

☐ Refer to Nurse Sick Call:_____

**TRIAGE DATE/TIME:** _____   **NURSE SIGNATURE:** _____

PT-005         (White Copy – Inmate Medical File   Yellow Copy – Inmate)         Revised 09/20/07

# Armor Correctional Health Services, Inc.

## INTERNAL CLINIC REFERRAL FORM

RECEIVED
APR 1 2 2010

Date: 4-9-10

Referral to: (Check one)

☒ Medical ☐ Case Management ☐ Other: _____

☐ Behavioral Health ☐ HIV Testing

☒ Dental ☐ Medication non-compliance counseling

### PRIORITY: (Check one)

☒ Urgent (ASAP): Nature of Problem:
I'm clo swollen gum state very painful

☐ Routine: Nature of Problem:

Chronic Care Clinic: (Check all that apply)

☐ Cardiovascular (Hypertension, Hyperlipidemia, Cardiac, etc.)

☐ Endocrine (Diabetes, Thyroid, etc.)

☐ Gastrointestinal (Hepatitis, Cirrhosis, etc.)

☐ Immunity (HIV)

☐ Miscellaneous (Glaucoma, Sickle Cell, etc.)

☐ Neurology (Epilepsy, Seizure Disorder, etc.)

☐ Oncology (Cancer, Leukemia, etc.)

☐ Pulmonary (Asthma, COPD, etc.)

☐ Renal (Dialysis, Kidney Disease, etc.)

☐ Tuberculosis (+PPD, TB Disease)

SIGNATURE: _____

PRINT NAME AND TITLE: _____

| PATIENT NAME: | NO: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| Telamy Paulus | 5600804148 | 6-4-71 | M | 1104 |

Armor: PT-019  (Rev. 10/2007)    WHITE COPY – CHART;  YELLOW COPY – PER FACILITIES PROCEDURES

205

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Telamy Paulius                          56080l448
(Inmate Name)
(Nombre) (Non)                          (ID #)

06-04-71      11-D-4-b
(Date of Birth)      ( Localidad)      (Fecha)
(Fecha de Nacimiento)      (Lojman)      (Dat)
(Dat Nesans Prizonye a)      (Housing Unit/Cell#)      (Date / Time)

**PROBLEM:** (BE SPECIFIC)
**PROBLEMA:**
**PWOBLE'M:**

Please I would like to see by the Doctor or by
nurse for my Pain I still feel in my tooths
that they was make a surgery in my tooths
2-months aGo. The Pain still there dont Go
no where. Thank you

DATE/TIME RECEIVED: 4-17-10 1100 NURSE SIGNATURE: _____

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call: _____

☑ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME: 4/17/10 1100 NURSE SIGNATURE: _____

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Tolamy Paulius          560801448
(Inmate Name)
(Nombre) (Non)

06-04-71     11-D-4     5-1-10
(Date of Birth)     ( Localidad)     (Fecha)
(Fecha de Nacimiento)  (Lojman)     (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

My sinous still burned me anytime I swollow something and hurt me. And also my ear still in pain. This is Four (4) sick call I make for my sinous I still can't see the doctor yet. Please I would like to see the doctor for my sinous and my ear

            Thank you

**DATE/TIME RECEIVED:** 5/1/10   **NURSE SIGNATURE:**

**TRIAGE DECISION BY NURSING STAFF** (Only check **ONE** box below)

☐ Urgent: _____     ☐ Refer to Behavioral Health:_____

☐ Referral to HCP: _____    ☐ Refer to Nurse Sick Call:_____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

_____

**TRIAGE DATE/TIME:**       **NURSE SIGNATURE:**

Armor Correctional Health Services, Inc.

## CONSENT FOR TOOTH REMOVAL

When you give permission to have upper and lower teeth or residual roots removed, you should understand that the most common risks and hazards of the operation are:

1.  Bleeding heavy enough to stop the operation.
2.  Injury to adjacent teeth and fillings.
3.  Postoperative infection and/or bleeding requiring additional treatment.
4.  Possibility of a small piece of root being left in the jaw when its removal would require extensive surgery.
5.  Breakage of the jaw.
6.  Postoperative discomfort and swelling which may necessitate several days of recuperation.
7.  Stretching of the corners of the mouth with resulting cracking and bruising.
8.  Injury to the nerve underlying the teeth resulting in numbness of the lip and/or tongue on the operated side.  (This does not apply to upper teeth).
9.  Opening of the sinus (a normal cavity situated above the teeth) requiring additional surgery. (This does not apply to lower teeth).

The frequency of occurrence of the above complications are different for each item, but infrequent for any of them.  Please sign and date this form where indicated.  Prior to signing, feel free to consult with attending dentist.

I, the undersigned, a patient in the health care facility have had explained to me and understand the nature of my condition.  I hereby authorize _Dr martindal_ , (and whomever he/she may designate as his/hers assistants) to administer such treatment as is necessary, and to perform the following care service: _ext # 13_ with the understanding that a replacement tooth/teeth is not guaranteed and will be done at the permanent institutional dentist's discretion.

SIGNATURES

Signature/Stamp of Dentist _____  MARK O. MARTINDALE, DDS   Date: 3-18-10
                                       DENTIST/ALL SITES

Signature of Patient _Telamy Paulius_   Date: 3-18-10

Signature/Stamp of Witness _____   SUSAN M. NIEVES   Date: 3-18-10
                                       NBB/DENTAL ASSIST.

| PATIENT NAME: | NO.: | D.O.B. | SEX | LOCATION: |
|---|---|---|---|---|
| Telamy, Paulius | 566801 448 | 6-4-71 | M | NBB |

204



# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF DETENTION

## HEALTH SERVICES RECEIPT

*Pride in Service with Integrity*

Inmate's Name: _____  Arrest Number: _____

Inmate's Location: _____

Facility/Pod/Housing Unit/Cell Number

Date: _____/_____/_____

| **SERVICES** | **CHARGE** (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_____     _____
Inmate's Signature                                                        Date

_____     _____
Provider (name stamp or print name)                              Date

_____     _____
Provider's Signature                                                      Date

**INMATE REFUSED TO SIGN:**

_____    _____    _____
Witness (print name and CCN)         Witness' Signature                       Date

**Distribution: White (Original) - Inmate Banking Commissary     Yellow Copy: Health Care Records     Pink Copy - Inmate**

BSO DJ#14 (Rev. Jan. 2001)



# BROWARD SHERIFF'S OFFICE
# DEPARTMENT OF DETENTION

## <u>HEALTH SERVICES RECEIPT</u>

*Pride in Service with Integrity*

Inmate's Name: _Tiffany Paulin_     Arrest Number: _500 01448_

Inmate's Location: _320_

               Facility/Pod/Housing Unit/Cell Number

Date: _4 / 21 / 10_

| **SERVICES** | **CHARGE** (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | (5.00) |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### <u>VERIFICATION OF SERVICES RECEIVED</u>

_____     _4-21-10_

Inmate's Signature             Date

_____     _4-21-10_

Provider (name stamp or print name)     Date

_____     _4-21-10_

Provider's Signature         Date

**INMATE REFUSED TO SIGN:**

_____           _____     _____

Witness (print name and CCN)        Witness' Signature        Date

**Distribution: White (Original) - Inmate Banking Commissary**    Yellow Copy: **Health Care Records**    Pink Copy - **Inmate**

BSO DJ#14 (Rev. Jan. 2001)



# BROWARD SHERIFF'S OFFICE
# DEPARTMENT OF DETENTION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Tetany Paulus_   Arrest Number: _000501978_

Inmate's Location: _RB2_

Facility/Pod/Housing Unit/Cell Number

Date: _3 / 31 / 10_

| **SERVICES** | **CHARGE** (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_____     _3 31 10_

Inmate's Signature                               Date

_____     _3 31 10_

Provider (name stamp or print name)              Date

_____     _____

Provider's Signature                             Date

**INMATE REFUSED TO SIGN:**

_____     _____

Witness (print name and CCN)     Witness' Signature     Date

**Distribution:** White (Original) - **Inmate Banking Commissary**    Yellow Copy: **Health Care Records**    Pink Copy - **Inmate**

BSO DJ#14 (Rev. Jan. 2001)