UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62066-CIV-COHN/WHITE

PAULIUS TELAMY

      Plaintiff,

v.

ARMOR CORRECTIONAL HEALTH
SERVICE ET AL.,

      Defendants.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT OF MAGISTRATE JUDGE

    **THIS CAUSE** is before the Court on the Supplemental Report of United States Magistrate Judge Patrick A. White [DE 53] ("Supplemental Report") regarding Plaintiff Paulius Telamy's *Pro Se* First Amended Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 [DE 26] ("Amended Complaint").  The Court notes that no objections have been filed, and the time for filing objections has passed.  Nonetheless, pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Supplemental Report and the Amended Complaint, and is otherwise advised in the premises.

    On September 19, 2011, Plaintiff filed this action against Defendants Armor Correctional Health Service, Nurses Veronica Edwards and Ora Watson, and Dr. Mark Martindale, D.D.S.  The same day, Plaintiff moved to proceed *in forma pauperis*.  Upon granting Plaintiff permission to proceed *in forma pauperis*, Judge White conducted an initial screening of the Complaint pursuant to 28 U.S.C. § 1915.  In his Initial Report [DE 13], Judge White summarized Plaintiff's claims against these Defendants as follows:

On March 2, 2010, the plaintiff submitted a sick call request because of pain in his upper jaw area.  He was seen by Dr. Martindale who determined that he required oral surgery to remove the tooth.  He was prescribed medication for seven days by Dr. Martindale prior to the surgery, which took place on March 18, 2010.  He claims that following the surgery, both Nurse Edwards and Nurse Watson refused him medication prescribed by Dr. Martindale for pain and to prevent infection.  He remained in pain and on March 31, 2010, his fiancé called an attorney who called the medical and dental department.  He was seen by Dr. Martindale, and it was determined his gum area where the tooth was extracted was infected.  A second surgery was performed as a result of the lack of treatment and failure to provide prescribed medication, resulting in pain and nerve damage to the left side of his face.  He states that Martindale failed to respond to his medical needs causing him to suffer pain.  He claims that these defendants work for Armor Health Care, who contract with the County to provide medical and dental treatment.   He seeks monetary damages.

Initial Report at 4.  Judge White's Initial Report recommended that the Court permit Plaintiff to proceed with his claims against Nurses Edwards and Watson, but dismiss Armor Correctional Health Service with prejudice and dismiss Dr. Martindale without prejudice with leave to amend.  The undersigned agreed with Judge White and adopted the Initial Report on January 13, 2012.  See Order Adopting Report of Magistrate Judge and Dismissing Defendants Dr. Martindale and Armor Correctional Health Service [DE 24].

In the Supplemental Report, Judge White analyzes the allegations in the Amended Complaint and concludes that "plaintiff has added sufficient facts to minimally state a claim of denial of dental treatment by Dr. Martindale."  Supplemental Report at 8.  Therefore, Judge White recommends that the case proceed against Dr. Martindale for lack of adequate dental treatment.  Upon review of the Amended Complaint and the Supplemental Report, the Court agrees with Judge White.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The Supplemental Report of United States Magistrate Judge Patrick A.

White [DE 53] is **ADOPTED**;

2.      This case shall proceed against Dr. Martindale for lack of adequate dental

treatment;

3.      The operative complaints are the initial Complaint [DE 1] and the

Amended Complaint [DE 26].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 17th day of May, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Magistrate Judge Patrick A. White
Counsel of record via CM/ECF

Paulius Telamy, *pro se*, via CM/ECF regular mail
L58906
Okeechobee Correctional Institution
3420 NE 168th Street
Okeechobee, FL 34972

3